UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EASTON SPORTS, INC.
a California corporation,

        Plaintiff,

vs.

Case No. 05-CV-72031
HON. GEORGE CARAM STEEH

WARRIOR LACROSSE, INC.,
a Michigan corporation, and
NEW BALANCE ATHLETIC SHOE, INC.,
a Massachusetts corporation,

        Defendants.

_____/

## ORDER GRANTING DEFENDANTS' EMERGENCY MOTION (#144) TO STAY MAGISTRATE JUDGE'S CONTEMPLATED ORDER

For the purpose of preserving defendants Warrior Lacrosse, Inc.'s and New Balance Athletic Shoe, Inc.'s right under Rule 72(a) to file objections to Magistrate Judge Scheer's contemplated order following the Magistrate Judge's January 10, 2006 hearing on defendants' motion concerning plaintiff Easton Sports, Inc.'s threatened violation of an existing protective order, and consistent with a telephonic conference held by the court on January 17, 2006,

IT IS ORDERED that defendants' emergency motion to stay is hereby GRANTED to the extent that Magistrate Judge Scheer's order issuing as a result of the January 10, 2006 is hereby STAYED pending this court's resolution of timely Rule 72 objections filed by any party. The timing for filing objections and responses are governed by Federal Rule of Civil

Procedure 72(a) and Eastern District of Michigan Local Rule 72.1(d).

      SO ORDERED.

                                      s/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

Dated:  January 23, 2006

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on January 23, 2006, by electronic and/or ordinary mail.

                                      s/Marcia Beauchemin
                                      Deputy Clerk